Samuel Cross (Bar No. 304718)
(Email: Sam_Cross@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:23-cr-00079-DOC-1 |
| v. | |
| SARA JACQUELINE KING | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed   ☐ Lodged:  (**List Documents**)

1. Ex Parte Application to File Under Seal
2. Proposed Order to File Under Seal
3. Under Seal Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 28, 2025                                      Samuel Cross
Date                                                Attorney Name

                                                    Sara Jacqueline King, Defendant
                                                    Party Represented

*Note:*   *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        NOTICE OF MANUAL FILING OR LODGING